

Home    Exit    Cashier    Cash Register

Kentucky Eastern - Covington **Drawer #1 Open - Lynn Voskuhl (Lynn F Voskuhl)** - Jun 7, 20...

Home    Exit    Show My Intake    Payers    Receipt #: 200000041

# RECEIPT STATUS: Processed, Jun 7, 2022 12:47PM

## Payer Information

MICHAEL WRIGHT, INC
WRIGHT & SCHULTE LLC
130 W. 2ND STREET
STE 1600
DAYTON, OH 45402
Email: Not recorded
Log Type: OTC

## Tender Lines

| | Check | |
|---|---|---|
| CH | #6452, 06/07/2022 | $402.00 |
| | **Total Due** | $402.00 |
| | **Total Received** | $402.00 |
| | **Change Given** | $0.00 |

## Purpose Lines

| 200 | Civil Filing Fee- Non-Prisoner | 1 | $402.00 | $402.00 |
|---|---|---|---|---|
| | | | | $402.00 |

CASE V. GT TRANSPORTATION CORP. 2:21-CV-74-WOB

No private comments

Edit

Version: 1.0.5.

Home     Exit     Cashier     Cash Register